UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA HULBIRT,

        Plaintiff,

v.                                 Case No. 6:18-cv-593-Orl-37TBS

SANTANDER CONSUMER USA, INC.,

        Defendant.

_____

## ORDER

This matter is before the Court on the Unopposed Motion to Stay Case and Compel Arbitration (Doc. 13). Upon consideration, **IT IS ORDERED** that:

(1)    The Unopposed Motion to Stay Case and Compel Arbitration (Doc. 13) is **GRANTED**.

(2)    This action is hereby **STAYED** pending resolution of arbitration proceeding.

(3)    Starting on **July 2, 2018**, and every 90 days thereafter until conclusion of arbitration, the parties are **DIRECTED** to jointly file a notice with this Court concerning the status of any arbitration.

(4)    The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** this action pending further Order of the Court.

**DONE AND ORDERED** in Orlando, Florida, this 21st day of May, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record